UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FELICIA PENNINGTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 1:14-cv-218 |
| | ) |
| SILVER TOWNE, L.P. d/b/a THE COIN VAULT, | ) |
| | ) |
| Defendant. | ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

1. This is an action brought pursuant to the Americans with Disabilities Act ("ADA"), 42 U.S.C. §12101 et seq. Felicia Pennington ("Pennington") alleges that Silver Towne, L.P. d/b/a The Coin Vault ("Defendant") violated her rights as protected by the ADA.

**PARTIES**

2. At all times relevant to this action, Pennington resided within the Southern District of Indiana.

3. At all times relevant to this action, Defendant conducted business and maintained offices in the Southern District of Indiana.

**JURISDICTION AND VENUE**

4. This Court has jurisdiction over the subject matter of this complaint pursuant to 28 U.S.C. §1331 and 42 U.S.C. §12117.

5. At all time relevant to this action, Pennington was an "employee" within the meaning of 42 U.S.C. §12111(4).

6. At all time relevant to this action, Defendant was an "employer" within the

meaning of 42 U.S.C. §12111(5)(A).

7. Pennington is a "qualified individual with a disability" as defined by the ADA, 42 U.S.C. §§12102(1) and 12111(8).

8. Pennington satisfied her obligation to exhaust her administrative remedies by timely filing a Charge of Discrimination (Charge No. 470-2013-02974) with the United States Equal Employment Opportunity Commission ("EEOC") alleging discrimination based on disability. On November 19, 2013, the EEOC issued a Notice of Right to Sue and Pennington has brought this action within ninety (90) days of her receipt thereof.

9. All of the events, transactions, and occurrences pertinent to this lawsuit have occurred within the geographical environs of the Southern District of Indiana and all parties are located therein. Therefore, venue is proper in this Court pursuant to 28 U.S.C. §1391.

## FACTUAL ALLEGATIONS

10. Pennington began working for Defendant in December 2012. At all times relevant to this action, Pennington held the position of Operator.

11. At all times relevant to this action, Pennington met or exceeded Defendant's legitimate expectations of performance.

12. At all times relevant to this action, Pennington was a "qualified individual with a disability" as defined by the ADA, 42 U.S.C. §§12102(1) and 12111(8).

13. On Monday, July 8, 2013, Pennington experienced a medical issue related to her previously diagnosed disability.

14. Pennington informed Defendant of her inability to work on July 8, 2013 and provided Defendant with a note from her physician on July 9, 2013 setting forth her inability to

work and the reasons therefor.

15.    On July 10, 2013, Defendant terminated Pennington's employment.

16.    Defendant terminated Pennington's employment based upon her disability.

## **VIOLATIONS OF THE ADA**

17.    Pennington hereby incorporates paragraphs one (1) through sixteen (16) of her Complaint.

18.    Defendant discriminated against Pennington in violation of the ADA on the basis of her status as a "qualified individual with a disability" as defined by the ADA, 42 U.S.C. §§12102(1) and 12111(8).

19.    Defendant failed to engage in the interactive process with respect to Pennington and never offered any reasonable accommodation(s) to Pennington in spite of her status as a "qualified individual with a disability" as defined by the ADA, 42 U.S.C. §§12102(1) and 12111(8).

20.    Defendant's actions were intentional, willful, and/or undertaken in reckless disregard of Pennington's rights as protected by the ADA.

21.    Pennington has suffered damages as a result of Defendant's unlawful actions.

## **REQUESTED RELIEF**

WHEREFORE, Plaintiff, Felicia Pennington, requests that this Court find in her favor and provide her with the following relief:

1.    Order Defendant to reinstate Pennington to the Operator position she held at the time of her termination or pay to Pennington front pay in lieu thereof;

2.    Enjoin Defendant from further violations of the ADA with respect to Pennington;

3.    Order Defendant to pay to Pennington lost wages and benefits;

4. Order Defendant to pay to Pennington compensatory damages;

5. Order Defendant to pay to Pennington punitive damages;

6. Order Defendant to pay Pennington's attorneys' fees and costs;

7. Order Defendant to pay to Pennington pre- and post-judgment interest on all sums recoverable; and

8. Order Defendant to provide to Pennington any and all other legal and/or equitable relief that may be just and proper.

Respectfully submitted,

 s/ Andrew G. Jones
Andrew G. Jones (#23020-49)
LAW OFFICE OF ANDREW G. JONES
10401 North Meridian Street, Suite 130
Indianapolis, Indiana 46290
Telephone: (317) 616-3671
Facsimile: (317) 616-3337
E-Mail: ajones@andrewgjoneslaw.com

Attorney for Plaintiff

## DEMAND FOR JURY TRIAL

Comes now the Plaintiff, Felicia Pennington, by counsel, and demands a trial by jury on all issues deemed so triable.

Respectfully submitted,

s/ Andrew G. Jones
Andrew G. Jones (#23020-49)
LAW OFFICE OF ANDREW G. JONES
10401 North Meridian Street, Suite 130
Indianapolis, Indiana 46290
Telephone: (317) 616-3671
Facsimile: (317) 616-3337
E-Mail: ajones@andrewgjoneslaw.com

Attorney for Plaintiff