Acknowledged:
Date: 9/26/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

| | |
|---|---|
| **FELICIA PENNINGTON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CAUSE NO: 1:14-cv-00218-SEB-DML |
| | ) |
| **SILVER TOWNE, L.P. d/b/a THE COIN VAULT,** | ) |
| | ) |
| **Defendant.** | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Felicia Pennington and Defendant Silver Towne, L.P. d/b/a The Coin Vault, by counsel, stipulate and agree to dismiss this matter with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

s/ Andrew G. Jones
Andrew G. Jones
LAW OFFICE OF ANDREW G. JONES
ajones@andrewgjoneslaw.com

s/ Alan J. Irvin
Alan J. Irvin
DONAHOE IRVIN PC
airvin@donahoe-irvin.com